IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT S. HILLARD, | ) | 8:10CV225 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MASTER LOCK COMPANY, and | ) | |
| JOHN DOE, to be sued in both | ) | |
| individual and official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the court on its own motion. Defendant Master Lock Company has filed a Motion for Production of Records and Protective Order. (Filing No. 17.) In this Motion, Defendant asks the court to issue an order that directs the Nebraska Department of Correctional Services ("NDCS") to produce several records relating to Plaintiff, including his institutional file, computerized file, medical records, copy of x-rays, substance abuse records and educational programming records. (*Id*. at CM/ECF pp. 1-2.)

    Defendant shall contact NDCS's counsel regarding the production of the requested records. Thereafter, Defendant shall notify the court, in writing, whether NDCS objects to producing any of the requested records and describe any objection in detail. After Defendant files the notification, Plaintiff shall have 14 days to respond.

    IT IS THEREFORE ORDERED that:

    1.    Defendant shall contact NDCS's counsel regarding the production the requested records. Thereafter, Defendant shall notify the court, in writing, whether

NDCS objects to the production of Plaintiff's records and describe any objection in detail.

    2.    After Defendant files the notification, Plaintiff shall have 14 days to respond.

DATED this 5th day of October, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.