IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT S. HILLARD, | ) | 8:10CV225 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MASTER LOCK COMPANY, and | ) | |
| JOHN DOE, to be sued in both | ) | |
| individual and official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the court's own motion. The Final Pretrial Conference in this matter, scheduled for July 28, 2011, is canceled. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to cancel the Final Pretrial Conference in this matter that is currently scheduled for July 28, 2011. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

DATED this 8th day of July, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge